UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ALICIA LEWIS,

                               Plaintiff,

-against-

DL GREENVALE LLC d/b/a LESTER'S OF GREENVALE,

                               Defendant.
-------------------------------------------------------------------X

Case No.: 2:24-cv-4321 (JMW)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Emanuel Kataev, Esq. hereby appears as counsel for the Defendant in the above-captioned case. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Jamaica, New York
       June 25, 2024

Respectfully submitted,

**SAGE LEGAL LLC**

*/s/ Emanuel Kataev, Esq.*
Emanuel Kataev, Esq.
18211 Jamaica Avenue
Jamaica, NY 11423-2327
(718) 412-2421 (office)
(917) 807-7819 (cellular)
(718) 489-4155 (facsimile)
emanuel@sagelegal.nyc

*Attorneys for Defendant
DL Greenvale LLC d/b/a
Lester's of Greenvale*

**VIA ECF**
Phillips & Associates, Attorneys at Law, PLLC
Attn: Joshua M. Friedman, Esq.
585 Stewart Avenue, Suite 410
Garden City, NY 11530-4701
jfriedman@tpglaws.com

*Attorneys for Plaintiff
Alicia Lewis*