**PHILLIPS & ASSOCIATES**

*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

August 16, 2024

**VIA ECF**
The Honorable James M. Wicks
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York

      Re: **Lewis v. DL Greenvale LLC, d/b/a Lester's of Greenvale**
           **Case No.: 24-cv-04321**

Your Honor:

      This office represents Plaintiff, Alicia Lewis, in the above-referenced action. On July 26, 2024, the parties jointly wrote this Court to inform it that the parties had agreed to conduct a mediation prior to conducting an initial pretrial conference. On July 29, 2024, the Court issued an Order referring this case to the EDNY Mediation Panel and directing that the parties select a mediator by August 12, 2024. To that end, the parties met-and-conferred and determined that a settlement conference before this Court would be more effective than mediation. Accordingly, if the Court is amenable, the parties jointly request that the Court schedule a settlement conference in lieu of mediation.

      After reaching an agreement to request a settlement conference and an agreement on the first paragraph of this letter, Plaintiff's counsel made several attempts to ascertain Defendant's availability to present three mutually agreeable dates to the Court. However, Defendant's counsel has not provided Defendant's availability despite Plaintiff's counsel's repeated communications regarding potential dates. As such, we can only present Plaintiff's availability to the Court. Plaintiff is available on September 6 and 12 as well as October 2, 4, 7, 23, 25, 28 and 30.

      We thank the Court for its time and consideration of the herein request.

                                             Respectfully Submitted,

                                             */s/Joshua Friedman*
                                             Joshua Friedman, Esq.