**PHILLIPS & ASSOCIATES**

*Attorneys at Law*

585 STEWART AVENUE, SUITE 410, GARDEN CITY, NEW YORK 11530
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

August 29, 2024

**Via ECF**
Hon. Magistrate James M. Wicks
United States Magistrate Judge
Eastern District of New York

      Re:   **Lewis v. DL Greenvale LLC**
             Case No.: 2:24-cv-04321

Dear Judge Wicks:

      We represent Plaintiff in the above-referenced matter and write to request an adjournment of the settlement conference scheduled for September 24, 2024 at 1:30 P.M. The reason for this request is that Plaintiff will be appearing before Judge Steven Locke for a Pretrial Conference on September 24, 2024. We have conferred with counsel for Defendant, who consents to this request. However, Defendant's counsel has not provided Defendant's availability despite Plaintiff's counsel's repeated communications regarding potential dates. As such, we can only present Plaintiff's availability to the Court. Plaintiff is available on October 2nd, 4th, 7th, 23rd, 25th, 28th and 30th.

      We thank the Court for its time and attention to this matter.

                      **PHILLIPS & ASSOCIATES,**
                      **ATTORNEYS AT LAW, PLLC**

            By:           /s/
                    Joshua Friedman
                    *Attorneys for Plaintiff*