**PHILLIPS & ASSOCIATES**

*Attorneys at Law*
585 STEWART AVENUE, SUITE 410, GARDEN CITY, NEW YORK 11530
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

September 25, 2024

**Via ECF**
Hon. Magistrate James M. Wicks
United States Magistrate Judge
Eastern District of New York

    Re:    **Lewis v. DL Greenvale LLC**
           Case No.: 2:24-cv-04321

Dear Judge Wicks:

    We represent Plaintiff in the above-referenced matter and write to request an adjournment of the settlement conference scheduled for October 2, 2024 at 10:00 A.M. The reason for this request is that the Rosh Hashanah holiday begins on October 2, 2024. We have conferred with counsel for Defendant, who consents to this request. The parties are mutually available on October 16th and November 13th. This is the second request for an adjournment of the settlement conference. The prior request was granted by the Court.[1]

    We thank the Court for its time and attention to this matter.

                                                     **PHILLIPS & ASSOCIATES,**
                                                   **ATTORNEYS AT LAW, PLLC**

                              By:        /**s**/
                                          Joshua Friedman
                                          *Attorneys for Plaintiff*

---

[1] In making the prior request, Plaintiff's overlooked the fact that Rosh Hashanah runs from October 2, 2024 to October 4, 2024 as the holiday falls on a different set of dates each year. We are advised that counsel for Defendant also observes the Rosh Hashanah holiday.