

*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK 10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

February 21, 2025

**VIA ECF**
The Honorable James M. Wicks
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York

      **Re: Lewis v. DL Greenvale LLC, d/b/a Lester's of Greenvale**
           **Case No.: 24-cv-04321**

Your Honor:

      This office represents Plaintiff, Alicia Lewis, in the above-referenced action. Plaintiff writes to inform the Court that Plaintiff has provided Defendants with an executed stipulation of dismissal but have not heard back from Defendants regarding their execution of the stipulation and do not see it filed on the docket.

      Plaintiff thanks the Court for its time and consideration of the herein request.

                                                  Respectfully Submitted,

                                                  */s/Joshua Friedman*
                                                  Joshua Friedman, Esq.