**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------ x

ALICIA LEWIS,

                                Plaintiff,        2:24-cv-4321 (JS)(JMW)

      -against-                              **STIPULATION OF**
                                                                           **DISMISSAL**

DL GREEENVALE LLC,

                                Defendant.

------------------------------------------------------------------------ x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties in the above captioned action through their undersigned counsel for Plaintiff, Alicia Lewis ("Plaintiff") and Defendant, DL Greenvale LLC ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above action be, and the same by dismissed with prejudice, as against Defendant and all other parties, without an award of attorneys' fees or costs to any party against any other; and

**IT IS FURTHER STIPULATED AND AGREED,** that this stipulation can be executed in counterparts and that and

**IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be filed with the Court without any further notice. electronic signature shall be seemed as an original; and

| | |
|---|---|
| Dated: New York, New York<br>February 21, 2025 | Dated: New York, New York<br>February 21, 2025 |
| **PHILLIPS & ASSOCIATES,<br>ATTORNEYS AT LAW PLLC** | **SAGE LEGAL LLC** |
| By: */s/ Joshua Friedman, Esq.*<br>Joshua Friedman, Esq.<br>jfriedman@tpglaws.com<br>45 Broadway, 28th Floor<br>New York, New York 10006<br>(212) 248-7431 x 215<br>*Attorneys for Plaintiff* | By: */s/ Emanuel Kataev, Esq.*<br>Emanuel Kataev, Esq.<br>emanuel@sagelegal.nyc<br>1411 Broadway 29th Floor<br>New York, New York 10018<br>(718) 412-2421<br>*Attorneys for Defendant* |

2