UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

ALICIA LEWIS,

                                         Plaintiff,         2:24-cv-4321 (JS)(JMW)

          -against-                            **STIPULATION OF DISMISSAL**

DL GREEENVALE LLC,

                                       Defendant.

------------------------------------------------------------------------ x

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties in the above captioned action through their undersigned counsel for Plaintiff, Alicia Lewis ("Plaintiff") and Defendant, DL Greenvale LLC ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above action be, and the same by dismissed with prejudice, as against Defendant and all other parties, without an award of attorneys' fees or costs to any party against any other; and

      **IT IS FURTHER STIPULATED AND AGREED,** that this stipulation can be executed in counterparts and that and

      **IT IS FURTHER STIPULATED AND AGREED**, that this Stipulation may be filed with the Court without any further notice. electronic signature shall be seemed as an original; and

Dated: New York, New York
      February 21, 2025

**PHILLIPS & ASSOCIATES,
ATTORNEYS AT LAW PLLC**

By: /s/ *Joshua Friedman, Esq.*
    Joshua Friedman, Esq.
    jfriedman@tpglaws.com
    45 Broadway, 28th Floor
    New York, New York 10006
    (212) 248-7431 x 215
    *Attorneys for Plaintiff*

Dated: New York, New York
      February 21, 2025

**SAGE LEGAL LLC**

By: /s/ *Emanuel Kataev, Esq.*
    Emanuel Kataev, Esq.
    emanuel@sagelegal.nyc
    1411 Broadway 29th Floor
    New York, New York 10018
    (718) 412-2421
    *Attorneys for Defendant*

```
SO ORDERED.
The Clerk of Court is directed to mark this case CLOSED.
```

Dated: February 24, 2025
Central Islip, New York

                /s/ JOANNA SEYBERT
        Hon. Joanna Seybert, U.S.D.J.